WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
Telephone:     (949) 252-9400
Facsimile:      (949) 252-1032
bill@mclaw.org / bthomley@mclaw.org

E-FILED: 6/30/15

Attorneys for BAYVIEW LOAN SERVICING, QUALITY LOAN SERVICE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO

| | |
|---|---|
| ALICIA TOWNSEND,<br><br>         Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, QUALITY LOAN SERVICE CORPORATION, BAYVIEW LOAN SERVICING, LLC, all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to plaintiff's title thereto, or any cloud on plaintiff's title thereto; and DOES 1 through 50, inclusive,<br><br>         Defendant(s). | Case No.: 3:15-02422-JCS<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON THE CASE MANAGEMENT CONFERENCE**<br><br>Date:     September 4, 2015<br>Time:     2:00 p.m.<br>Crtrm:    G |

Defendants BAYVIEW LOAN SERVICING, LLC, QUALITY LOAN SERVICE CORPORATION and FEDERAL HOME LOAN MORTGAGE CORPORATION hereby request the Court's permission to appear telephonically at the Hearing on the Case Management Conference, currently set for September 4, 2015, at 2:00 p.m.

Dated:  June 30, 2015                          MALCOLM ♦ CISNEROS, a Law Corporation

IT IS HEREBY ORDERED THAT COUNSEL
SHALL BE ON PHONE STANDBY
AND WAIT FOR THE COURT'S CALL
DATED: 7/6/15

By: _/s/ Brian S. T_____
BRIAN S. T.
Attorneys for BAYVIEW LOAN SERVICING, QUALITY LOAN SERVICE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

1
REQUEST FOR TELEPHONIC APPEARANCE