ROBERT I. LEVY (State Bar No. 200648)
ROBERT I. LEVY, ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
1946 Embarcadero, Suite 210
Oakland, CA 94606
Tel.:    (510) 465-0025

Attorney for Plaintiff, Alicia Townsend

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ALICIA TOWNSEND,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, QUALITY LOAN SERVICE CORPORATION, BAYVIEW LOAN SERVICING, LLC, all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to plaintiff's title thereto, or any cloud on plaintiff's title thereto; and DOES 1 through 50, inclusive,<br><br>              Defendants.<br>_____/ | Case No.: 3:15-02422-JCS<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON THE CASE MANAGEMENT CONFERENCE<br><br>Date:  September 4, 2015<br>Time:  2:00 pm<br>Courtroom:     G |

Plaintiff ALICIA TOWNSEND hereby requests the Court's permission to appear telephonically at the Hearing on the Case Management Conference, currently set for September 4, 2015 at 2:00 p.m.

Dated: July 15, 2015                                ROBERT I. LEVY, ATTORNEY AT LAW
                                                                A PROFESSIONAL CORPORATION
Dated: 7/20/15

                                                        By    /s/ Robert I. Levy
                                                                ROBERT I. LEVY
                                                                Attorney for Plaintiff

*[Court seal: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

---

1
REQUEST FOR TELEPHONIC APPEARANCE

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1946 Embarcadero, Oakland, California 94606.

On July 15, 2015, I electronically filed with the Clerk of the Court, the following documents:

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY
AT THE HEARING ON THE CASE MANAGEMENT CONFERENCE**

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

William G. Malcolm
bill@mclaw.org

Brian S. Thomley
bthomley@mclaw.org

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on July 15, 2015, Oakland, California.

_____
MARY CASTRO