| | |
|---|---|
| WILLIAM G. MALCOLM #129271<br>BRIAN S. THOMLEY #275132<br>MALCOLM ♦ CISNEROS<br>A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 92612<br>Telephone:   (949) 252-9400<br>Facsimile:    (949) 252-1032<br>bill@mclaw.org / bthomley@mclaw.org | E-FILED: 10/30/15 |

Attorneys for BAYVIEW LOAN SERVICING, QUALITY LOAN SERVICE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ALICIA TOWNSEND,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, QUALITY LOAN SERVICE CORPORATION, BAYVIEW LOAN SERVICING, LLC, all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to plaintiff's title thereto, or any cloud on plaintiff's title thereto; and DOES 1 through 50, inclusive,<br><br>            Defendant(s). | Case No.: 3:15-02422-JCS<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON THE CASE MANAGEMENT CONFERENCE**<br><br>Date:     November 6, 2015<br>Time:    2:00 p.m.<br>Crtrm:   G |

Defendants BAYVIEW LOAN SERVICING, LLC, QUALITY LOAN SERVICE CORPORATION and FEDERAL HOME LOAN MORTGAGE CORPORATION hereby request the Court's permission to appear telephonically at the Hearing on the Case Management Conference, currently set for November 6, 2015, at 2:00 p.m.

Dated:  October 29, 2015                        MALCOLM ♦ CISNEROS, a Law Corporation

Dated: 11/2/15.

Counsel shall be on phone standby and await the Court's call.

By:  */s/ Brian S. Thomley*
     BRIAN S. THOMLEY
     Attorneys for BAYVIEW LOAN SERVICING, QUALITY LOAN SERVICE CORPORATION AND FEDERAL HOME LOAN MORTGAGE CORPORATION

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]

1

REQUEST FOR TELEPHONIC APPEARANCE